NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MAUREEN WASHBURN,**
*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

———————————

2014-3097

———————————

Petition for review of the Merit Systems Protection Board in No. DA-0432-12-0635-I-1.

———————————

**JUDGMENT**

———————————

COLIN WALSH, Rob Wiley, P.C., Austin, TX, argued for petitioner.

ELIZABETH ANNE SPECK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by JANE WALLACE VANNEMAN, JOYCE R. BRANDA, ROBERT K. KIRSCHMAN, JR., KIRK MANHARDT.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* TARANTO, *Circuit Judge*, and FOGEL, *District Judge*\*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 9, 2015          /s/  Daniel  E.  O'Toole
Date                   Daniel E. O'Toole
                       Clerk of Court

---

\*    Honorable Jeremy Fogel, District Judge, United States District Court for the Northern District of California, and Director of the Federal Judicial Center, sitting by designation.